IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM ANDERSON, on Behalf of Himself and All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| POLYMEDIX, INC., et al. | : | NO. 12-3721 |

ORDER

AND NOW, this 2nd day of April, 2013, upon receipt of a "suggestion of bankruptcy" from defendants' counsel stating that PolyMedix Pharmaceuticals, Inc. filed voluntary petitions in the United States Bankruptcy Court, District of Delaware, under Chapter 7 of the United States Bankruptcy Code, IT IS HEREBY ORDERED that the above-captioned case shall be placed IN SUSPENSE pending further Order of the Court.

Counsel for defendants shall inform the Court if and when it believes the Court can proceed with this case.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.