IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM ANDERSON, on Behalf of Himself and All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| POLYMEDIX, INC., et al. | : | NO. 12-3721 |

ORDER

AND NOW, this 11th day of February, 2015, IT IS HEREBY ORDERED that the Final Approval Hearing scheduled for April 27, 2015 is RESCHEDULED for April 30, 2015, at 10:00 a.m., in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.