UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRAHAM ANDERSON, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>POLYMEDIX, INC., NICHOLAS LANDEKIC, EDWARD F. SMITH, and R. ERIC MCALLISTER,<br><br>                Defendants. | Case No. 2:12-cv-03721-MAM<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |

This matter came before the Court for hearing on April 30, 2015, to consider approval of the proposed Settlement (the "Settlement") set forth in the Stipulation of Settlement dated December 23, 2014, and filed with the Court on January 9, 2015 ("Stipulation") (Docket #53). The Court has reviewed and considered all documents, evidence, objections (if any), and arguments presented in support of or against the Settlement and the application of Lead Plaintiff for an award of the agreed upon attorneys' fees and expenses incurred in the litigation and, having found the Settlement of this litigation to be fair, reasonable, and adequate, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meaning as set forth in the Stipulation. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settling Parties.

2. The Court hereby approves the request for attorneys' fees in the amount of $383,333.33 which is 33 1/3% of the Settlement Amount of $1,150,000 and the amount of $15,000 for reimbursement of costs and expenses incurred by Lead Plaintiff's counsel in

- 2 -

connection with the prosecution of this Action, which amounts the Court finds are fair and reasonable. The fees and expenses shall be paid to Lead Counsel in accordance with the terms of the Stipulation.

3. The Court approves Lead Plaintiff, Graham Anderson's, requested incentive award payment in the amount of $2500, finding such amount to be fair and reasonable for his efforts on behalf of the Settlement Class Members with respect to the litigation of this Action.

IT IS SO ORDERED.

DATED: 4/30/15

THE HONORABLE MARY A. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

1018417